IN THE UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**MICHAEL ARTHUR MOLINA,**

    **Plaintiff,**

v.                                                                     **Civil Action No. 3:06CV79**
                                                                                                                **(Judge Bailey)**
**TERRY STANLEY, JOHN
SHERMAN, CITY OF MARTINSBURG,
TASER INTERNATIONAL, INC.,**

    **Defendants.**

### ORDER GRANTING MOTION TO ENLARGE EXPERT DESIGNATION DEADLINE

This matter comes before the Court for consideration of plaintiff's **Motion to Enlarge Expert Designation Deadline (Doc. 27)**.  As indicated in the motion, plaintiff requests that the deadline for designating expert witness be extended to August 20, 2007.  In support, plaintiff's counsel indicates that the extension is needed due to a prior criminal trial, prior plea negotiations, and a prepaid vacation.

    After review of the above, the Court finds good cause to grant plaintiff's motion.  As such, the **Motion to Enlarge Expert Designation Deadline (Doc. 27) is GRANTED**, and the plaintiff shall have until **August 20, 2007** to designate expert witnesses.  It is further **ORDERED** that the defendants shall have until **September 10, 2007** to designate any expert witnesses.

    It is so ORDERED.

The Clerk is directed to transmit a copy of this order to all counsel of record.

    DATED: August 6, 2007

                                                           JOHN PRESTON BAILEY
                                                           UNITED STATED DISTRICT JUDGE