# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**MICHAEL ARTHUR MOLINA,**

    **Plaintiff,**

v.                                                        **Civil Action No. 3:06-CV-79**
                                                                      **(Judge Bailey)**

**TERRY STANLEY, JOHN
SHERMAN, CITY OF MARTINSBURG,
TASER INTERNATIONAL, INC.,**

    **Defendants.**

## ORDER GRANTING MOTION TO ENLARGE DEADLINES

On this day, the above-styled matter came before the Court for consideration of Defendant Taser International, Inc.'s Motion To Extend Certain Pretrial Deadlines, Including Expert Disclosures and Discovery [Doc. 31].

After review of the above, the Court finds that the motion [Doc. 31] should be, and is, hereby **GRANTED in part and DENIED in part**. Accordingly, the defendant shall have until **November 1, 2007,** to disclose expert witnesses. As such, it is further **ORDERED** that rebuttal expert report deadlines shall be extended until **November 21, 2007**. The current discovery and dispositive motions deadlines remain in effect.

Accordingly, the February 16, 2007, Scheduling Order [Doc. 24] and August 6, 2007, Order Granting Motion to Enlarge Expert Designation Deadline [Doc. 29] are hereby **VACATED** to the extent that this Order alters them.

It is so **ORDERED**.

The Clerk is directed to transmit a copies of this Order to all counsel of record.

**DATED**: September 11, 2007.

*/s/ John Preston Bailey*
JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE